690 A.2d 507

## MARYLAND TRANSPORTATION AUTHORITY

v.

## BUILDERS TRANSPORT, INC.

**No. 61, Sept. Term, 1996.**

Court of Appeals of Maryland.

March 7, 1997.

Lawrence P. Fletcher–Hill, Assistant Attorney General (J. Joseph Curran, Jr., Attorney General; Margaret Witherup Tindall, Staff Attorney; Karen J. Kruger, Assistant Attorney General, on brief), Baltimore, for Petitioner.

Patrick G. Cullen (Rollins, Smalkin, Richards & Mackie, on brief), Baltimore, for Respondent.

Argued before BELL, C.J., and ELDRIDGE, RODOWSKY, CHASANOW, KARWACKI, RAKER and WILNER, JJ.

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above entitled case having been granted and argued, it is this 7th day of March, 1997.

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.